UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RITHWAN AHMED BADEL,

        Plaintiff,

v.

TIME WARNER, INC.,

        Defendant.

Civil No. 12-0453 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Doc. No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 14, 2012

        s/David S. Doty
        DAVID S. DOTY, Judge
        United States District Court